IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

v.   4:93cr4043-WS

ELTON RIEARA,

        Defendant.

## ORDER ADOPTING THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Before the court is the magistrate judge's report and recommendation (doc. 173) docketed March 2, 2006.  The magistrate judge recommends that the defendant's notice of preservation of claim (doc. 172) be denied.  Although he requested--and was granted--two extensions of time to respond to the report and recommendation, see docs. 175 & 177, the defendant has filed no objections.

Upon review of the record, this court has determined that the report and recommendation should be adopted.

Accordingly, it is ORDERED:

1.  The magistrate judge's report and recommendation (doc. 173) is hereby ADOPTED and incorporated by reference into this order.

2.  The defendant's notice of preservation of claim (doc. 172) is hereby DENIED.

3.  The clerk shall enter judgment accordingly.

DONE AND ORDERED this June 6, 2006.

    /s William Stafford
WILLIAM STAFFORD
SENIOR UNITED STATES DISTRICT JUDGE